JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DERRICK FIELDS, | Case No. SACV 13-01440 SVW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| McDONALD, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____March 1 4_____, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE